```
                UNITED STATES DISTRICT COURT                FILED
                 SOUTHERN DISTRICT OF INDIANA
                     INDIANAPOLIS DIVISION                 MAR 23 2022
```

UNITED STATES OF AMERICA, )
                                 )       U.S. CLERK'S OFFICE
       Plaintiff, )        INDIANAPOLIS, INDIANA
                                 )
       v. )       CAUSE NO. 1:21-cr-0339-JRS-DLP
                                 )
IRVING GOMEZ, )
                                 )
       Defendant. )

## AMENDMENT TO PLEA AGREEMENT

The parties, by and through the undersigned counsel and the Defendant, Irving Gomez, hereby inform the Court that paragraph 19(c) of the Petition to Enter Plea of Guilty and Plea Agreement filed at docket number 30 shall be stricken and replaced with the following paragraph:

**Motions for Compassionate Release:** As concerns the Section 3582 waiver, the defendant reserves the right to file motions seeking a "compassionate release" sentence reduction pursuant to the First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(A)(i). Any such motion must be based on one or more "extraordinary and compelling reasons" set forth in U.S.S.G. § 1B1.13 and the governing interpretations of that provision and its application notes (or, in the event of amendment of that U.S.S.G. provision or the relevant application notes, the provision(s), if any, with the same effect at the time of the filing of the motion for sentence reduction). The defendant further agrees that under application note 1(D), as it appears in the 2018 Guidelines Manual, the defendant may assert only those reasons set forth in the relevant Bureau of Prisons program statement in effect at the time of the defendant's motion (currently Program Statement 5050.50). The government further reserves the right to oppose any motion for compassionate release on any other grounds.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

3-23-23
DATE

Lawrence D. Hilton
Assistant United States Attorney

3-23-22
DATE

IRVING GOMEZ
Defendant

3-23-22
DATE

Dominic Martin
Attorney for the Defendant